■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD NELSON, Appellant.—Judgment unanimously affirmed. Memorandum: Although the trial court at sentencing improperly stated that anyone "convicted of a violent crime can only expect to receive the maximum", the sentence imposed is not excessive in view of the vicious nature of defendant's conduct and his history of criminal activity. (Appeal from judgment of Monroe County Court—robbery, second degree, etc.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.

■ MILDRED L. BART et al., Respondents, v JOSEPH WARHUS et al., Appellants.—Order unanimously affirmed, with costs. Memorandum: Special Term properly exercised its discretion in permitting plaintiffs to supplement their bill of particulars. The proposed supplemental bill alleged "headaches" as an additional injury and included special damages and lost wages sustained between the date of the original bill and the date of the proposed supplemental bill. (Appeal from order of Erie Supreme Court—bill of particulars.) Present—Moule, J. P., Cardamone, Simons and Dillon, JJ.